UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK A. GROVER,
    Plaintiff,

No. 1:07-cv-641

-v-

HONORABLE PAUL L. MALONEY

KAMAL CARIUTY, ET AL.,
    Defendants.

## JUDGMENT

Having granted a motion for summary judgment filed by Defendants Cariuty and Knaack, and having dismissed the claims against Defendant Paradine without prejudice, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: April 19, 2010            /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge